**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————————

**No. 15-7012**

—————————

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

   v.

DONALD CASTON,

        Defendant - Appellant.

—————————

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond. Robert E. Payne, Senior District Judge. (3:06-cr-00190-REP-1)

—————————

Submitted: October 20, 2015      Decided: October 23, 2015

—————————

Before MOTZ, KEENAN, and THACKER, Circuit Judges.

—————————

Affirmed by unpublished per curiam opinion.

—————————

Donald M. Caston, Appellant Pro Se. Michael Calvin Moore, Assistant United States Attorney, Richmond, Virginia, for Appellee.

—————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Donald Caston appeals the district court's orders denying Caston a sentence reduction, pursuant to 18 U.S.C. § 3582(c)(2) (2012), and denying as unauthorized Caston's motion for reconsideration of that order. We have reviewed the record and find no reversible error. Further, the district court properly recognized that it lacked the authority to entertain a motion for reconsideration in a § 3582(c)(2) proceeding. See United States v. Goodwyn, 596 F.3d 233, 235–36 (4th Cir. 2010). We therefore affirm the orders for the reasons stated by the district court. See United States v. Caston, No. 3:06-cr-00190-REP-1 (E.D Va. May 7, 2015 & June 9, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED